UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGE WAREHOUSE, INC., <br> Plaintiff, <br> vs. <br> TOTAL TERMINALS INTERNATIONAL, LLC. <br> Defendant. | CASE NO. CV 18-07968 DSF (MAAx) <br><br> [Assigned to the Hon. Judge Dale S. Fischer] <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

| | |
|---|---|
| 1 | Based on the stipulation of the parties and for good cause shown: |
| 2 | IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs. |
| 3 | |
| 4 | IT IS SO ORDERED. |
| 5 | DATED: September 6, 2019 |
| 6 | _____ |
| 7 | Honorable Dale S. Fischer<br>UNITED STATES DISTRICT JUDGE |